Action by John F. McCarthy and others against Edgar H. Hazelwood. No opinion. Order affirmed, with $10 costs and disbursements.

McLEAN v. GRIOT et al. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by James McLean against George Griot and another. No opinion. Motion denied. Order filed.

McDONNELL, Respondent, v. GREENFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Dennis McDonnell, an infant, against Arthur Greenfield. No opinion. Judgment of the Municipal Court affirmed, with costs.

McGARREN, Respondent, v. McGOUGHRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Hester McGarren against Henry McGoughran, individually, etc., and others. H. W. Jessup, for appellants. E. W. S. Johnston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McKANE, Appellant, v. McKANE et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Katherine B. McKane against George N. McKane and others. No opinion. Judgment affirmed, with costs.

MACKENZIE, Respondent, v. SECURITY WAREHOUSING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Charles S. Mackenzie against the Security Warehousing Company. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

McNULTY, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Mary E. McNulty against Patrick J. McNulty. W. J. Walsh, for appellant. J. A. MacElhinney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McNULTY, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Mary E. McNulty against Patrick J. McNulty. W. J. Walsh, for appellant. J. A. MacElhinney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MACOMB'S ROAD. (Supreme Court, Appellate Division, First Department. February 25, 1907.) In the matter of Macomb's Road. No opinion. Order affirmed, with $10 costs and disbursements to each respondent. Order filed.

In re MACOMB'S ROAD. (Supreme Court, Appellate Division, First Department. March 22, 1907.) In the matter of Macomb's Road. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McOWEN, Respondent, v. WHALEN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Anthony McOwen against Patrick H. Whalen. A. D. Kneeland, for appellant. S. F. Anderton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MacRAE. (Supreme Court, Appellate Division, First Department. March 8, 1907.) In the matter of Charles H. MacRae. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MALLON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by James Mallon against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MANDEL, Respondent, v. MANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Elias Mandel against Morris Manson and another, doing business under the firm name of Manson & Jacobson. No opinion. Motion to dismiss appeal denied, with $10 costs. Motion to compel the filing of the return dismissed as to the municipal justice; in other respects, motion granted, without costs.

MATHIAS, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Jules Mathias, as administrator, against the Union Railway Company of New York. C. F. Brown, for appellant. J. A. Hilton, for respondent. No opinion. Judgment and order reversed, and new trial ordered; costs to appellant to abide event. Order filed.

MATECKI, Respondent, v. OSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Ludwick Matecki against Michael Oster and another. No opinion. Judgment and order affirmed, with costs.

MATTHEWS et al., Appellants, v. SAMMIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by James Matthews and another against Albert V. Sammis and others. No opinion. Order affirmed, with $10 costs and disbursements.

MAWHINNEY v. CONVERSE et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Hugh H. Mawhinney against Edmund C. Converse, impleaded with others. No opinion. Motion granted. Order signed.